**MEMO ENDORSED**

# Paul P. Rinaldo
## Attorney At Law

50 Main Street, Suite 1000　　　　　　　　　　　　　　　Tel:　(914) 682-2015
White Plains, NY 10606　　　　　　　　　　　　　　　　Cell:　(914) 374-2337
Email: prinaldolaw@aol.com

June 5, 2020

VIA ECF

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

　　　　Re:　<u>United States v. Andrea Grossman</u>
　　　　　　18 CR 625(KMK)

Dear Judge Karas:

　　I respectfully request that the conditions of the defendant's bond be modified solely to the extent that she be permitted to travel for a weekend family trip to Boone, North Carolina. She will be leaving New York on June 19, 2020 and returning on June 21, 2020.

　　Pretrial Services Winter Pascual and Assistant United States Attorney Kathryn Martin have no objection to this request.

Granted.

So Ordered.

*/s/ Kenneth M. Karas*
6/5/20

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Paul P. Rinaldo

　　　　　　　　　　　　　　　　　　　　Paul P. Rinaldo