**MEMO ENDORSED** Paul P. Rinaldo
Attorney At Law

50 Main Street, Suite 1000
White Plains, NY 10606
Email: prinaldolaw@aol.com

Tel: (914) 682-2015
Cell: (914) 374-2337

May 30, 2020

VIA ECF

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Andrea Grossman
    18 CR 625(KMK)

Dear Judge Karas:

I respectfully request that the defendant's sentencing, currently scheduled for June 25, 2020, be adjourned for approximately 30 days after the July 6, 2020 sentencing of her co-defendant, James Spina. Some of the issues at Mr. Spina's sentencing may be relevant to Ms. Grossman and thus I am requesting that she be sentenced after Mr. Spina.

Assistant United States Attorney Kathryn Martin has no objection to this request.

Respectfully submitted,

/s/ Paul P. Rinaldo

Paul P. Rinaldo

*Granted. The sentencing will go forward on August 19, 2020 at 2:00 p.m.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/8/2020