MEMO ENDORSED

# Paul P. Rinaldo
Attorney At Law

50 Main Street, Suite 1000  
White Plains, NY 10606  
Email: prinaldolaw@aol.com

Tel: (914) 682-2015  
Cell: (914) 374-2337

September 8, 2020

VIA ECF

Honorable Kenneth M. Karas  
United States District Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, New York 10601

    Re: <u>United States v. Andrea Grossman</u>  
        18 CR 625(KMK)

Dear Judge Karas:

I respectfully request that the defendant's sentencing, currently scheduled for October 2, 2020, be adjourned to any date convenient to the Court between October 26, 2020 and November 6, 2020. The sentencing of her co-defendant James Spina is now scheduled for October 5, 2020.

Some of the issues at Mr. Spina's sentencing may be relevant to Ms. Grossman and thus I am requesting that she be sentenced after Mr. Spina.

Assistant United States Attorney Nicholas S. Bradley has no objection to this request.

Respectfully submitted,

/s/ Paul P. Rinaldo

Paul P. Rinaldo

*Granted. The Court will hold the sentence on October 21, 2020 at 2:00 pm*

SO ORDERED  
KENNETH M. KARAS U.S.D.J.  
9/13/2020