# Paul P. Rinaldo
## Attorney At Law

50 Main Street, Suite 1000
White Plains, NY 10606
Email: prinaldolaw@aol.com

Tel: (914) 682-2015
Cell: (914) 374-2337

October 5, 2020

VIA ECF

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re: <u>United States v. Andrea Grossman</u>
          18 CR 625(KMK)

Dear Judge Karas:

I respectfully request that the defendant's sentencing, currently scheduled for October 21, 2020, be adjourned to any date convenient to the Court approximately three weeks after the sentencing of her co-defendant James Spina which is now scheduled for October 29, 2020.

Some of the issues at Mr. Spina's sentencing are relevant to Ms. Grossman sentencing and thus I am requesting that she be sentenced after Mr. Spina.

Assistant United States Attorney Nicholas S. Bradley has no objection to this request.

Respectfully submitted,

/s/ Paul P. Rinaldo

Paul P. Rinaldo

*Granted. The sentence will go forward on 11/17/2020 at 2:30 pm*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

*10/9/2020*