**MEMO ENDORSED**

# Paul P. Rinaldo
### Attorney At Law

50 Main Street, Suite 1000  
White Plains, NY 10606  
Email: prinaldolaw@aol.com

Tel: (914) 374-2337

January 4, 2021

VIA ECF

Honorable Kenneth M. Karas  
United States District Judge  
300 Quarropas Street  
White Plains, New York 10601

      Re: <u>United States v. Andrea Grossman</u>  
           18 CR 625(KMK)

Dear Judge Karas:

    I write, with the consent of the government, to respectfully request an adjournment of the defendant's sentencing currently scheduled for January 29, 2021.

    During the period of the Covid-19 pandemic and CARES Act restrictions, the Court has granted the defendant's requests that she be sentenced after the sentencing of her co-defendant James Spina. These requests are based on the fact that some of the issues which the Court will address and presumably resolve at the Spina sentencing and/or Fatico hearing are relevant to the defendant's sentencing.

    Mr. Spina's sentencing is scheduled for January 19, 2021. Because the defendant is scheduled to be sentenced on January 29, 2021, her sentencing submission is due by January 15, 2021, four days prior to the Spina sentencing. I would like to attend the Spina sentencing, either virtually or in person, and have a week or so to complete and file the defendant's submission.

    Therefore, I request that the defendant's sentencing be adjourned to February 12, 2021 or any other later date convenient to the Court.

Respectfully submitted,

/s/ Paul P. Rinaldo

Paul P. Rinaldo

*Granted. The sentence will be held on 2/24/21 at 2:00 p.m.*

SO ORDERED  
KENNETH M. KARAS U.S.D.J.  
1/5/21