**MEMO ENDORSED**

# Paul P. Rinaldo
## Attorney At Law

50 Main Street, Suite 1000
White Plains, NY 10606                                              (914) 374-2337
Email: prinaldolaw@aol.com

February 16, 2021

VIA ECF

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

       Re: United States v. Andrea Grossman
           18 CR 625(KMK)

Dear Judge Karas:

    I write, with the consent of the government, to respectfully request an adjournment of the defendant's sentencing currently scheduled for February 24, 2021. The sentencing of Ms. Grossman's co-defendant James Spina is presently scheduled for March 2, 2021.

    Since some of the issues which the Court will address and resolve at the Spina sentencing are relevant to Ms. Grossman's sentencing, I request that Ms. Grossman's sentencing be adjourned to March 30, 2021 or any other later date convenient to the Court.

    Thank you for your consideration.

                                Respectfully submitted,

                                /s/ Paul P. Rinaldo

                              Paul P. Rinaldo

*Granted. The sentence will be held on April 20, 2021 at 11:30 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
2/16/2021