**MEMO ENDORSED**

# Paul P. Rinaldo
Attorney At Law

50 Main Street, Suite 1000
White Plains, NY 10606
(914) 374-2337
Email: prinaldolaw@aol.com

March 26, 2021

BY ECF

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Re: United States v. Andrea Grossman
> 18 CR 625(KMK)

Dear Judge Karas:

I write, with the consent of the government, to respectfully request an adjournment of the defendant's sentencing currently scheduled for April 20, 2021.

Based upon the extended limitations on in-person proceedings outlined in Chief Judge McMahon's Fourth Standing Order, 20 Misc. 176(CM) and the defendant's desire to be sentenced in person, I respectfully request that Ms. Grossman's sentencing be adjourned until any date convenient to the Court after July 5, 2021.

Thank you for your consideration.

Respectfully submitted,

/s/ Paul P. Rinaldo

Paul P. Rinaldo

*Granted. The sentence will be held on July 13, 2021 at 2:00PM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/29/2021