**Paul P. Rinaldo**
Attorney At Law

**MEMO ENDORSED**

50 Main Street, Suite 1000
White Plains, NY 10606
Email: prinaldolaw@aol.com

(914) 374-2337

May 25, 2021

VIA ECF

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

     Re: <u>United States v. Andrea Grossman</u>
         18 CR 625(KMK)

Dear Judge Karas:

    I respectfully request the conditions of the defendant's bond be modified solely to the extent that she be permitted to travel for a family vacation to Strasburg, Pennsylvania from June 28, 2021 through July 2, 2021.

    Assistant United States Attorney Nicholas S. Bradley and Pretrial Services Officer Andrew Abbott have no objection to this request.

Granted.

So Ordered.
*/s/ K. Karas*
5/26/21

Respectfully submitted,

/s/ Paul P. Rinaldo

Paul P. Rinaldo