**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 25, 2021

**BY CM/ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Andrea Grossman*, 18 Cr. 625 (KMK)

Dear Judge Karas:

    The Government respectfully writes, with the consent of defense counsel, to request that defendant Andrea Grossman's sentencing be adjourned for a period of three weeks, or to another date convenient to the Court. The defendant's sentencing is currently scheduled for July 13, 2021. The Government respectfully requests this brief adjournment so that the parties can finalize issues relating to the expected restitution order for the defendant.

    Accordingly, the Government respectfully requests that its consent motion for a three-week adjournment of the defendant's sentencing be granted.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *[signature]*
Nicholas S. Bradley
Assistant United States Attorney
(914) 993-1962

cc: Paul Rinaldo, Esq. (by CM/ECF)

*The sentence is adjourned until August 5, 2021 at 1:30 PM*

SO ORDERED

*[signature]*
KENNETH M. KARAS U.S.D.J.
6/28/2021