**MEMO ENDORSED**

# Paul P. Rinaldo
Attorney At Law

50 Main Street, Suite 1000
White Plains, NY 10606
Email: prinaldolaw@aol.com

Cell: 914 - 374- 2337

November 1, 2021

VIA ECF

Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

    Re: <u>United States v. Andrea Grossman</u>
        18 CR 625(KMK)

Dear Judge Karas:

    I respectfully request that the date for the defendant's voluntary surrender be extended from November 5, 2021 until November 19, 2021. Ms. Grossman was sentenced on August 5, 2021 and the Judgment & Commitment was filed on October 7, 2021.

    I was informed today by the U.S. Marshal's Office that Ms. Grossman has not yet been designated by the Bureau of Prisons and it is unlikely that she will be prior to her original surrender date. Were she to surrender without being designated, she would likely have to spend weeks at the MDC or another detention center while awaiting designation.

    To be clear, Ms. Grossman would like to surrender as soon as possible but to her designated Federal facility.

    Therefore, I respectfully request that the Court order that Ms. Grossman surrender no later than November 19, 2021 or within 48 hours after she receives notice of her designation, whichever is sooner.

    AUSA Nicholas Bradley and Pretrial Officer Andrew Abbott do not oppose this request.

                                     Respectfully requested,

                                     /s/ Paul P. Rinaldo

                                   Paul P. Rinaldo

cc: AUSA Nicholas Bradley, by ECF
    Officer Andrew Abbott, by email

*Granted.*
SO ORDERED
KENNETH M. KARAS U.S.D.J.
11/2/2021