MEMO ENDORSED

# Paul P. Rinaldo
Attorney At Law

50 Main Street, Suite 1000  
White Plains, NY 10606  
Email: prinaldolaw@aol.com

Cell: 914-374-2337

November 16, 2021

VIA ECF

Honorable Kenneth M. Karas  
United States District Judge  
300 Quarropas Street  
White Plains, New York 10601

Re: <u>United States v. Andrea Grossman</u>  
18 CR 625 (KMK)

Dear Judge Karas:

The defendant is presently scheduled to voluntarily surrender by November 19, 2021. I write to respectfully request that the date for the defendant's voluntary surrender be extended until December 3, 2021.

I was informed yesterday by the U.S. Marshal's Office that the Probation Office had not yet uploaded the defendant's Judgment into the designation system. Therefore, through no fault of her own, Ms. Grossman has still not been designated by the Bureau of Prisons and it is unlikely she will be by this coming Friday.

For the same reasons stated in my November 1, 2021 motion letter requesting the same relief which the Court granted, I respectfully request that the Court order that Ms. Grossman surrender no later than December 3, 2021 or within 48 hours after she receives notice of her designation, whichever is sooner.

Pretrial Services Officer Andrew Abbott has no objection to this request. I have not received a response from the government regarding its position.

Granted.  
So Ordered.  
11/16/21

Respectfully requested,

/s/ Paul P. Rinaldo

Paul P. Rinaldo

cc: Andrew Abbott, by email