**MEMO ENDORSED**

# Paul P. Rinaldo
Attorney At Law

50 Main Street, Suite 1000
White Plains, NY 10606
Email: prinaldolaw@aol.com

Cell:  914 - 374- 2337

November 29, 2021

VIA ECF

Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

    Re: <u>United States v. Andrea Grossman</u>
        18 CR 625(KMK)

The defendant, Andrea Grossman, voluntarily surrendered on November 19, 2021 to begin serving her sentence. She is presently incarcerated at FCI Danbury SCP.

Pursuant to Pretrial Services Passport Policy and Procedures Guide, Volume 8, Part C, Chapter 5, Section 535.45.20, I respectfully request that the Court order Pretrial Services to return Ms. Grossman's passport to her son, Jason Grossman.

Respectfully requested,

/s/ Paul P. Rinaldo

Paul P. Rinaldo

cc: Pretrial Services Officer Andrew Abbott
    by email

**Granted.**

**Date:
1/3/2022**

SO ORDERED

KENNETH M. KARAS U.S.D.J.